Submitted on record and briefs July 15, reversed and remanded July 31, 1985

# CARLTON W. KAISER,
*Appellant,*

*v.*

# CUPP,
*Respondent.*

(149193; CA A34896)

702 P2d 1172

Lester E. Seto, Salem, filed the brief for appellant.

Scott McAlister, Assistant Attorney General, Salem, appeared for respondent.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

## PER CURIAM

Petitioner appeals an order dismissing his petition for writ of habeas corpus. Defendant concedes that the court erred. We agree.

Reversed and remanded.